Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: asorenson@swlaw.com
  rperkins@swlaw.com
  kbeverly@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*
*(incorrectly named as Wells Fargo Home Mortgage,*
*Inc., Wells Fargo Bank, Minnesota, N.A. and Wells*
*Fargo Bank Headquarters, N.A.)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE A. EVAN AND CHRISTINE EVAN;<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO BANK, MINNESOTA, N.A.; WELLS FARGO BANK HEADQUARTERS, N.A.; CORELOGIC CREDCO, LLC; TRANSUNION CREDIT REPORTING AGENCY; EQUIFAX CREDIT REPORTING AGENCY,<br><br>Defendants. | Case No.: 2:18-cv-01963-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO NOVEMBER 21, 2018**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 7-1, Plaintiffs George A. Evan and Christine Evan (the "Plaintiffs") and Defendant Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo Home Mortgage, Inc., Wells Fargo Bank, Minnesota, N.A. and Wells Fargo Bank Headquarters, N.A.) ("Wells Fargo"), by and through their respective undersigned counsel of record, submit this Stipulation and

Proposed Order for the extension of Wells Fargo's deadline to respond to Plaintiffs' Complaint in this action (the "Complaint") to November 21, 2018.

Plaintiffs filed the Complaint in this Court on October 11, 2018. Wells Fargo's deadline to respond to the Complaint is currently November 5, 2018.

This is the Parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give Wells Fargo time to evaluate and respond to the allegations set forth in the Complaint.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Wells Fargo to respond to the Complaint in this action is extended to and through November 21, 2018.

Dated: October 23, 2018

GEORGE A. EVAN AND CHRISTINE EVAN

By: */s/ George A. Evan*
George A. Evan
Christine Evan
4115 Balmoral Castle Ct.
Las Vegas, Nevada 89141
*Pro Se Plaintiffs*

Dated: October 23, 2018

SNELL & WILMER L.L.P.

By: */s/ Robin E. Perkins*
Amy F. Sorenson (NV Bar 12495)
Robin E. Perkins (NV Bar 9891)
Kiah D. Beverly-Graham (NV Bar 11916)
3883 Howard Hughes Pkwy, Ste 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo Home Mortgage, Inc., Wells Fargo Bank, Minnesota, N.A. and Wells Fargo Bank Headquarters, N.A.)*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 24, 2018

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO NOVEMBER 21, 2018** by the method indicated:

| | |
|---|---|
| __X__ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| _____ | Electronic Service |

and addressed to the following:

George A. Evan
Christine Evan
4115 Balmoral Castle Ct.
Las Vegas, Nevada 89141
*Pro Se Plaintiffs*

Dated: October 23, 2018          */s/ Maricris Williams*
                                  An Employee of Snell & Wilmer L.L.P.

4845-6954-2009