| | |
|---|---|
| 1 | JEREMY J. THOMPSON |
| 2 | Nevada Bar No. 12503 |
|   | **CLARK HILL PLLC** |
| 3 | 3800 Howard Hughes Parkway, Suite 500 |
|   | Las Vegas, Nevada  89169 |
| 4 | E-mail:  jthompson@clarkhill.com |
| 5 | Telephone:   (702) 862-8300 |
|   | Facsimile:    (702) 862-8400 |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE A. EVAN, and CHRISTINE EVAN, | Case No.: 2:18-cv-01963-MMD-CWH |
| Plaintiffs, | **MOTION FOR CHANGE OF ATTORNEY DESIGNATION** |
| v. | |
| WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO BANK, MINNESOTA, N.A., WELLS FARGO BANK HEADQUARTERS, N.A., CORELLOGIC CREDCO, LLC, TRANSUNION CREDIT REPORTING AGENCY, EQUIFAX CREDIT REPORTING AGENCY, | |
| Defendants. | |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Nicholas M. Wieczorek, Esq. from the firm Clark Hill, PLLC is no longer associated with the above-captioned matter and should be removed from all further notices. The Clark Hill attorney to be noticed for all further filings and hearings is:

JEREMY J. THOMPSON, Nevada Bar No. 12503

E-mail:  jthompson@clarkhill.com

. . .

. . .

Dated this 8th day of January, 2019.

CLARK HILL PLLC

By: /s/ JEREMY J. THOMPSON
JEREMY J. THOMPSON
Nevada Bar No. 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

IT IS SO ORDERED.

DATED: Jan 09, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

Pursuant to LR 5-1, I hereby certify that on January 8, 2019, service of the following: Motion for Change of Attorney Designation was served to all noticed parties via ECF.

I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

/s/ Nancy Rodriguez
Nancy Rodriguez