JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com

CHRISTI A. LAWSON, ESQ.
(*admitted pro hac vice*)
**FOLEY & LARDNER LLP**
111 North Orange Avenue, Suite 1800
Orlando, Florida 32801-2386
Telephone: (407) 423-7656
Facsimile: (407) 648-1743
Email: clawson@foley.com

*Attorneys for Defendant*
*CoreLogic Credco, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE A. EVAN, and CHRISTINE EVAN,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO BANK, MINNESOTA, N.A., WELLS FARGO BANK HEADQUARTERS, N.A., CORELLOGIC CREDCO, LLC, TRANSUNION CREDIT REPORTING AGENCY, EQUIFAX CREDIT REPORTING AGENCY,<br><br>Defendants. | Case No.: 2:18-cv-01963-MMD-CWH<br><br>**DEFENDANT CORELOGIC CREDCO, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, RESPOND, OR OTHERWISE PLEAD TO PLAINTIFFS' AMENDED COMPLAINT** |

Defendant, CoreLogic Credco, LLC (improperly named in the Complaint as CorelLogic Credco, LLC) ("Credco" or "Defendant"), by and through its attorneys of record, the law firms of GREENBERG TRAURIG, LLP and FOLEY & LARDNER, LLP, hereby moves this Court for an extension of time to answer, respond, or otherwise plead to Plaintiffs' Amended Complaint [Docket

No. 54] (the "Amended Complaint"). On May 3, 2019, Plaintiffs filed the Amended Complaint. Thus, the current deadline to file a response to the Amended Complaint is **May 17, 2019.**

Credco respectfully requests that its deadline to answer, respond, or otherwise plead to the Amended Complaint be continued from May 17, 2019 to June 6, 2019. On May 17, 2019, Plaintiffs advised that they do not object to Credco seeking a twenty-day extension.[1] Credco seeks this extension to allow it sufficient time to investigate and respond to the claims in the Amended Complaint. This motion is submitted in good faith and not for the purpose of delay.

DATED this 17th day of May, 2019.

**GREENBERG TRAURIG, LLP**

  */s/ Jacob D. Bundick*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9722
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

CHRISTI A. LAWSON, ESQ.
(*admitted pro hac vice*)
**FOLEY & LARDNER LLP**
111 North Orange Ave., Suite 1800
Orlando, Florida 32801-2386

*Attorneys for Defendant*
*CoreLogic Credco, LLC*

IT IS SO ORDERED.

DATED: May 22, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant files this motion instead of filing a stipulation and order due to the fact that Plaintiffs are pro se.

2

FTL 111944357v1

# CERTIFICATE OF SERVICE

Pursuant to Nev. R. Civ. P. 5(b)(2)(D) and E.D.C.R. 8.05, I certify that on this 17th day of May, 2019, I caused a true and correct copy of the foregoing **DEFENDANT CORELOGIC CREDCO, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, RESPOND, OR OTHERWISE PLEAD TO PLAINTIFFS' AMENDED COMPLAINT** to be filed and served via the Court's E-Filing system on the parties listed below. I also served the same upon Plaintiffs via First Class U.S. Mail by placing a true copy thereof enclosed in a sealed envelope, postage prepaid, in the United States mail in Las Vegas, Nevada, at the following address.

George A. and Christine Evan
4115 Balmoral Castle Ct
Las Vegas, NV 89141

　　　　　　　　　　　　　　　　　　　　*/s/ Andrea Flintz*
　　　　　　　　　　　　　　　　　　　　An employee of Greenberg Traurig, LLP

*FTL 111944357v1*