# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## SOUTHERN DIVISION

___ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

JUN 1 4 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| | |
|---|---|
| George A. Evan, and<br>Christine Evan,<br><br>    Plaintiffs,<br><br>v.<br><br>Wells Fargo Home Mortgage, Inc.,<br>Wells Fargo Bank, Minnesota, N.A.,<br>Wells Fargo Bank Headquarters, N.A.,<br>CorelLogic Credco, LLC,<br>Transunion Credit Reporting Agency,<br>Equifax Credit Reporting Agency,<br><br>    Defendants. | ) Civil Action No.:<br>) 2:18-cv-01963-MMD-CWH<br>)<br>)<br>)<br>)<br>) **ORDER RE:**<br>)<br>) **PLAINTIFFS' UNOPPOSED MOTION**<br>) **FOR EXTENSION OF TIME TO**<br>) **RESPOND TO DEFENDANT CORELOGIC**<br>) **CREDCO'S MOTION TO DISMISS**<br>) **PLAINTIFFS' AMENDED COMPLAINT**<br>)<br>)<br>)<br>) |

The plaintiffs George A. Evan, and Christine Evan, *pro se*, hereby move this Court for an extension of time to file their Response to defendant Corelogic Credco's Motion to Dismiss the plaintiffs' Amended Complaint. The current deadline for the filing of the Response is June 20, 2019.

The plaintiffs respectfully request that the deadline to file their Response be continued from June 20, 2019 to July 8, 2019. On June 13, 2019, defendant Corelogic Credco's counsel informed the plaintiffs that Corelogic Credco did not object to the requested fifteen day extension to July 8, 2019. The plaintiffs seek this extension due to personal time conflicts and commitments, and in order to allow sufficient time to examine the issues raised and to prepare a well founded and complete Response to defendant Corelogic Credco's Motion to Dismiss the Amended Complaint. This Motion

is submitted in good faith, and not for the purpose of evasion or delay.

Respectfully submitted,

June 14, 2019
Date

George A. Evan, and Christine Evan
*Pro Se* Plaintiffs

George A. and Christine Evan
4115 Balmoral Castle Ct
Las Vegas, NV 89141
Telephone: 702.487.6996

Plaintiffs will have until and including July 8, 2019, to file their response to the pending motion to dismiss.

It is so ordered.

DATED THIS 19th day of June, 2019.

MIRANDA M. DU
UNITED STATES DISTRICT COURT JUDGE